JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3705
Facsimile: (510) 637-3724
Email: James.C.Mann@usdoj.gov

E-filing

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 08-70057 WDB |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT SUPERVISED RELEASE VIOLATION PURSUANT TO RULES 5(a)(2)(B) AND 32.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| RUBEN EDWIN ARTHUR, | |
| Defendant. | |

Please take notice pursuant to Rules 5(a)(2)(B) and 32.1 of the Federal Rules of Criminal Procedure that on or about February 3, 2008, the above-named defendant was arrested based upon an arrest warrant (attached) issued in case number 2:05CR00016-001 DAK in the District of Utah upon a Petition and Order for Warrant for Offender Under Supervision ("Petition") (attached).

In that Petition, the defendant is alleged to have committed two violations of his supervised release. In Allegation No. 1, it is alleged that the defendant failed to report to the probation office within 72 hours of release from the custody of the United States Bureau of Prisons. In Allegation No. 2, it is alleged that the defendant absconded from

1 | his supervision.
2 | Maximum Penalty: 2 years imprisonment; 3 years supervised release.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: February 4, 2008

JAMES C. MANN
Assistant U.S. Attorney

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

V.

Ruben Edwin Arthur

**WARRANT FOR ARREST**

CASE NUMBER: 2:05CR00016-001 DAK

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest __RUBEN EDWIN ARTHUR__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged Supervision Violation**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

June 20, 2007 at Salt Lake City, Utah
Date and Location

By: Ronnie King
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C

# United States District Court
## for the District of Utah

### Petition and Order for Warrant for Offender Under Supervision

FILED
U.S. DISTRICT COURT

Name of Offender: **Ruben Edwin Arthur**  Docket Number: **2:05-CR-00016-001-DAK**

2007 JUN 20 A 11: 24

Name of Sentencing Judicial Officer: **Honorable Dale A. Kimball**
**United States District Judge**
DISTRICT OF UTAH

Date of Original Sentence: **May 16, 2005**

BY: _____
DEPUTY CLERK

Original Offense: **Bank Robbery**
Original Sentence: **33 Months BOP**

Type of Supervision: **36 Months TSR**   Supervision Began: **May 31, 2007**

## PETITIONING THE COURT

[X] To issue a warrant and    Last known address:
    toll the supervision term  unknown

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** The defendant failed to report to the probation office within 72 hours of release from the custody of the United States Bureau of Prisons.

**Allegation No. 2:** The defendant has absconded from supervision, and his whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct

Glen Manross, U.S. Probation Officer
Date: June 19, 2007

## THE COURT ORDERS:

[X] The issuance of a warrant
    and tolling of the supervision term
[ ] The issuance of a summons
[ ] No action
[ ] Other

Honorable Dale A. Kimball
United States District Judge

Date: Jun 20, 2007