1 BARRY J. PORTMAN
Federal Public Defender
2 SHAWN HALBERT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, California 94607-3627
4 Telephone (510) 637-3500

5 Counsel for Defendant RUBEN ARTHUR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Nos. CR 08-70057 WDB |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) | |
| RUBEN EDWIN ARTHUR, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: February 6, 2008

                                                  Respectfully submitted,

                                                  BARRY J. PORTMAN
                                                  Federal Public Defender

                                                  /S/

                                                  SHAWN HALBERT
                                                  Assistant Federal Public Defender

Notice of Attorney Appearance
Nos. CR 08-70057 WDB