**Case 4:08-mj-70057-WDB — Document 5 — Filed 02/13/2008 — Page 1 of 1**

# Magistrate Judge Minute Order

- DOCUMENTS UNDER SEAL: ☐
- TOTAL TIME (mins): 9 Mins
- DEPUTY CLERK: Ivy L. Garcia
- REPORTER/FTR: FTR: 2/13/08 10:16:01 – 10:25:23
- MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL
- DATE: 2/13/08
- NEW CASE: ☐
- CASE NUMBER: 4-08-70057-WDB

## Appearances

| Field | Value |
|---|---|
| DEFENDANT | RUBEN EDWIN ARTHUR |
| AGE | |
| CUST | Yes |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | Shawn Halbert |
| PD ☒  RET ☐  APPT ☐ | |
| U.S. ATTORNEY | James Mann |
| INTERPRETER | None |
| FIN. AFFT SUBMITTED | ☐ |
| COUNSEL APPT'D | ☐ |
| PROBATION OFFICER | None |
| PRETRIAL SERVICES OFFICER | Hence Williams |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

## Proceedings Scheduled to Occur

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☒ STATUS RE: RULE 20 — 9 Mins HELD
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

**FILED FEB 13 2008 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

## Initial Appearance

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

## Arraignment

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED
- ☐ WAIVER OF INDICTMENT FILED
- SUBSTANCE

## Release

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES:
- ☐ PASSPORT SURRENDERED DATE:
- PROPERTY TO BE POSTED: ☐ CASH $
- CORPORATE SECURITY ☐
- REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## Plea

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## Continuance

- TO: 3/10/08
- AT: 10:00 a.m.
- BEFORE HON. WAYNE D. BRAZIL
- ☐ ATTY APPT HEARING
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☐ DETENTION HEARING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ BOND HEARING
- ☐ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ IDENTITY / REMOVAL HEARING
- ☐ STATUS RE: CONSENT
- ☐ CHANGE OF PLEA
- ☐ MOTIONS
- ☐ PRETRIAL CONFERENCE
- ☐ STATUS / TRIAL SET
- ☒ OTHER — FURTHER STATUS RE: RULE 20
- ☐ JUDGMENT & SENTENCING
- ☐ PROB/SUP REV. HEARING

## Additional Proceedings

The deft's atty. is trying to see if there could be an agreement to dispose of the deft's pending Sup. Release viol. charges and to transfer jurisdiction in this district. The deft's atty. needs to get more information from the deft. & thereafter discuss the matter further with both the deft's Sup. Prob. Officer in District of Utah & someone from the Prob. Office in this district. The deft's atty. asked the Court for a continuance until 3/10/08 — without objection from the govt., request GRANTED.

cc: WDB's Stats, Probation

DOCUMENT NUMBER: