**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

February 29, 2008

Honorable Wayne D. Brazil
United States Magistrate Court
1301 Clay Street
Oakland, CA 94612

      Re:    <u>United States v. Ruben Arthur</u>,
            CR 08-70057 WDB

Your Honor:

      I am writing to request that the status date on the above-referenced case, which involves allegations of out-of-district supervised release violations pursuant to Rules 5(a)(2)(B) and 32.1 of the Federal Rules of Criminal Procedure, be moved by one day from March 10, 2008 to March 11, 2008, due to the unavailability of government counsel and myself on the March 10, 2008 date. The government is in agreement with this request. Thank you for your consideration.

      Very truly yours,

      BARRY J. PORTMAN
      Federal Public Defender

      /S/

      SHAWN HALBERT
      Assistant Federal Public Defender

cc: AUSA James Mann