**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**                                                                                                Telephone (415) 436-7700
*Federal Public Defender*                                                                                           Fax (415) 436-7706

March 11, 2008

Honorable Wayne D. Brazil
United States Magistrate Court
1301 Clay Street
Oakland, CA 94612

      Re:    <u>United States v. Ruben Arthur,</u>
               CR 08-70057 WDB

Your Honor:

      I am writing to inform the Court that after meeting with me after court today, Mr. Arthur does not wish to proceed with a further detention proceeding on Friday, March 14, 2008. He waives his right to a detention hearing in this district and asks that the Court order him to be removed to Utah forthwith. Thank you for your consideration.

      Very truly yours,

      BARRY J. PORTMAN
      Federal Public Defender

      /S/

      SHAWN HALBERT
      Assistant Federal Public Defender

cc: AUSA James Mann