AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

**FILED MAR 11 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
RUBEN EDWIN ARTHUR

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70057-WDB | 2:05CR00016-001 DAK | 4-08-70057-WDB | 2:05CR00016-001 DAK |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) PETITION AND ORDER FOR WARRANT FOR OFFENDER UNDER SUPERVISION

charging a violation of Title 18 U.S.C. § 3583

**DISTRICT OF OFFENSE**
U.S. District Court, District of Utah, Central Division, Salt Lake City

**DESCRIPTION OF CHARGES:**
Supervised Release Violation

*RECEIVED 2008 MAR 12 AM 11:34 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA - OAKLAND*

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On 2/8/08, the deft. admitted his identity & waived the Identity/Removal Hrg. in the District of Arrest. Through counsel's letter dated 3/11/08, the deft. waived his Detention Hrg. in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the District of Utah.

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3-11-08   /s/ Wayne D. Brazil
Date   United States Magistrate Judge WAYNE D. BRAZIL

*Misc: Mrs's office, complain parties, mail ECF, pretrial, 2 certified copies to Marshal, Probation*

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |