AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

FILED
MAR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
RUBEN EDWIN ARTHUR

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70057-WDB | 2:05CR00016-001 DAK | 4-08-70057-WDB | 2:05CR00016-001 DAK |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) PETITION AND ORDER FOR WARRANT FOR OFFENDER UNDER SUPERVISION

charging a violation of Title 18 U.S.C. § 3583

**DISTRICT OF OFFENSE**
U.S. District Court, District of Utah, Central Division, Salt Lake City

**DESCRIPTION OF CHARGES:**
Supervised Release Violation

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On 2/8/08, the deft. admitted his identity & waived the Identity/Removal Hrg. in the District of Arrest. Through counsel's letter dated 3/11/08, ~~the deft. waived his Detention Hrg. in the District of Arrest, reserving his rights~~ to revisit the matter of detention de novo in the District of Utah.

Representation: ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required?  ☒ No  ☐ Yes  Language: _____

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3-11-08
Date

/s/ Wayne D. Brazil
United States Magistrate Judge WAYNE D. BRAZIL

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |