UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 17 2008

D. MARK JONES, CLERK
BY_____
General Counsel CLERK
510.637.3530

March 13, 2008

Office of the Clerk
U.S. District Court, District of Utah
350 South Main St., Rm 150
Salt Lake City, UT 84101-2180

FILED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Case Name: | US -v- Ruben Edwin Arthur |
| Case Number: | 4-08-70057-WDB     District of Utah #2:05CR00016-001 DAK |
| Charges: | 18:3583   Violation of conditions of supervised release |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.
( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
        original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

2:05cr16-001 DAK

Date: 3/17/08

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk